THYBERG LAW
GREGORY A. THYBERG, SBN 102132
3104 O STREET, #190
SACRAMENTO, CA 95816
TEL: (916) 204-9173
GREG@THYBERGLAW.COM

ATTORNEYS FOR PLAINTIFF JENNIFER JONES


ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Amber M. Solano, State Bar No. 216212
    ASolano@aalrr.com
Catherine M. Lee, State Bar No. 197197
    Catherine.Lee@aalrr.com
12800 Center Court Drive South, Suite 300
Cerritos, California 90703-9364
Telephone: (562) 653-3200
Fax: (562) 653-3333

Attorneys for Defendant HOME DEPOT USA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| JENNIFER JONES,<br><br>           Plaintiff,<br><br>v.<br><br>HOME DEPOT USA, INC., a corporation and DOES 1-100, inclusive,<br><br>           Defendants. | Case No.   2:20-CV-00536-WBS-KJN<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AND ORDER**<br><br>Trial Date:   October 26, 2021 |

- 1 -
STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AND ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties to this action, through their undersigned counsel of record, hereby stipulate to the voluntary dismissal <u>with prejudice</u> of the above-entitled action, including all claims stated herein against all parties. The Parties further stipulate that each party shall bear her/its own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: February 8, 2021              THYBERG LAW

                                     By:   */s/ Gregory A. Thyberg*
                                           *(e-signature authorized on 1/22/21)*
                                           Gregory A. Thyberg
                                           Attorneys for Plaintiff Jennifer Jones

Dated: February 8, 2021              ATKINSON, ANDELSON, LOYA, RUUD & ROMO

                                     By:   */s/ Catherine M. Lee*
                                           Amber M. Solano
                                           Catherine M. Lee
                                           Attorneys for Defendant HOME DEPOT USA, INC.

ORDER

IT IS SO ORDERED.

Dated: February 8, 2021              _____
                                     WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE